AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 30, 2024**

SEAN F. McAVOY, CLERK

GREYHAWK SSOF RUCKUS LENDER, LLC,

_____
*Plaintiff*

v.

NB COMMONS, LLC,

_____
*Defendant*

)
)
)
)
)
)

Civil Action No.   2:24-CV-00064-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Pursuant to the Order filed at ECF No. 29, the Bankruptcy Court's Findings, Conclusions and Order Confirming Debtor's Fourth Amended Plan of Reorganization is AFFIRMED.
Judgment is entered in favor of Appellee NB Commons, LLC and against Appellant Greyhawk SSOF Ruckus Lender, LLC.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge    Stanley A. Bastian _____ .

Date:   8/30/2024 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Ruby Mendoza
_____
*(By) Deputy Clerk*

Ruby Mendoza